Astarte Davis-Rice
01137-094 Unit A
Federal Correctional Institution
5701 8th Street - Camp Parks
Dublin, CA 94568



FILED
08 FEB 22 PM 1:18

UNITED STATES DISTRICT COURT
IN THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

Astarte Davis-Rice,

    Petitioner,

v.

Paul Copenhaver, Warden,
Federal Correctional Institution,
Dublin, California,

    Respondent.
_____/

Case No. 07-05972 MMC

**CHANGE OF ADDRESS NOTIFICATION**

    Pursuant to the Court Rules, it is my obligation to notify the Clerk of Court and all other parties of my change of address within ten (10) days of any such change.

    Thus, the Clerk of Court and all other parties are hereby notified that my address should be changed as shown below:

Respectfully submitted this 20th day of February, 2008.

_____
Astarte Davis-Rice
01137-094

Residential Reentry Center
111 Taylor Street
San Francisco, CA 94102

cc: All parties