IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASTARTE DAVIS-RICE, ) | No. C 07-5972 MMC (PR) |
| Petitioner, ) | **ORDER OF DISMISSAL** |
| v. ) | |
| PAUL COPENHAVER, Warden, ) | |
| Respondent. ) | |
| _____ ) | |

On October 17, 2007, petitioner, a federal prisoner proceeding pro se, filed the above-titled petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. Petitioner has paid the filing fee.

Petitioner challenges the calculation of her sentence by the Bureau of Prisons ("BOP"). Specifically, petitioner claims that credit has not been applied toward her sentence for time she spent in federal custody in 1991, 1992 and 1998 on federal criminal case numbers C 88-0132, C 88-0133, C 88-0403 and C 91-0030.[1]

The matter of petitioner's entitlement to credit for the time she served on said sentences has been addressed in detail in a prior habeas corpus action filed by petitioner in this district. See Davis-Rice v. United States, C 03-0464 DLJ. Specifically, on April 14, 2005, after a hearing, the district court granted petitioner 1200 days of sentence credits, and on September 5, 2006, after petitioner and the BOP reached an agreement, the district court

---

[1] These criminal cases were prosecuted in the Virgin Islands.

granted petitioner an additional eight months and fifteen days of sentence credits.[2]

The instant petition must be dismissed because it is duplicative of petitioner's prior petition. See 28 U.S.C. § 2244(a) (providing district court is not required to entertain habeas corpus petition of person detained pursuant to federal court judgment where legality of such detention has been determined on prior habeas corpus petition); see also Adams v. California, 487 F.3d 684, 688, 692-94 (9th Cir. 2007) (holding district courts retain broad discretion to control their dockets, which includes dismissal of duplicative later-filed actions). Accordingly, the petition is hereby DISMISSED.

The Clerk shall close the file.

IT IS SO ORDERED.

DATED: April 11, 2008

_____
MAXINE M. CHESNEY
United States District Judge

---

[2] Subsequently, on December 14, 2007, the district court denied petitioner's motion for further modification of her sentence; the matter is currently on appeal to the Ninth Circuit.