IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ASTARTE DAVIS-RICE,

        Petitioner,

  v.

PAUL COPENHAVER, Warden,

        Respondent.
                                   /

No. CV-07-5972 MMC (PR)

**JUDGMENT IN A CIVIL CASE**

    **( ) Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    **(X) Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS SO ORDERED AND ADJUDGED** the petition is dismissed because it is duplicative of petitioner's prior petition. Accordingly, the petition is hereby DISMISSED.

Dated: April 11, 2008                                Richard W. Wieking, Clerk

                                                                   *Tracy Lucero*

                                                          By: <u>Tracy Lucero</u>
                                                             Deputy Clerk