Astarte Davis-Rice
111 Taylor Street, Rm 336
San Francisco, California 94102

FILED

08 APR 17 PM 1:28

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

Astarte Davis-Rice,
    Petitioner,

v.

Paul Copenhaver, Warden,
    Respondent.

Case No. CV 07-5972 MMC

**NOTICE OF APPEAL**

I, Astarte Davis-Rice, Petitioner herein appeals from this Court's **Order of Dismissal and Judgment** filed April 11, 2008. The Court's decision is erroneous, as it is based on a previous case from 2005, concerning statutory and industrial good time credit only. This case is for **pre-sentence jail credit**, that which has never been credited to her sentence.

Petitioner is further requesting this Court to grant her leave to proceed in forma pauperis on appeal; due to her poverty she is unable to pay the fees and costs of this action or give security.

Respectfully Submitted,

Astarte Davis-Rice

Dated: 15 April 2008