APPEAL, CLOSED, E-Filing, HABEAS, ProSe

# U.S. District Court
## California Northern District (San Francisco)
## CIVIL DOCKET FOR CASE #: 3:07-cv-05972-MMC
## Internal Use Only

Davis-Rice v. Copenhaver  
Assigned to: Hon. Maxine M. Chesney  
Cause: 28:2241 Petition for Writ of Habeas Corpus

Date Filed: 11/27/2007  
Date Terminated: 04/11/2008  
Jury Demand: None  
Nature of Suit: 530 Habeas Corpus (General)  
Jurisdiction: Federal Question

**Petitioner**

**Astarte Davis-Rice**  represented by  **Astarte Davis-Rice**  
01137-094  
Residential Re Entry Center  
111 Taylor Street  
San Francisco, CA 94102  
PRO SE

V.

**Respondent**

**Warden Paul Copenhaver**

| Date Filed | # | Docket Text |
|---|---|---|
| 11/27/2007 | 1 | PETITION for Writ of Habeas Corpus; No Process (Filing fee IFPP). Filed by Astarte Davis-Rice. (gba, COURT STAFF) (Filed on 11/27/2007) (Entered: 11/29/2007) |
| 11/27/2007 | 2 | CLERK'S NOTICE re completion of In Forma Pauperis affidavit or payment of filing fee due within 30 days. (gba, COURT STAFF) (Filed on 11/27/2007) (Entered: 11/29/2007) |
| 11/27/2007 |  | CASE DESIGNATED for Electronic Filing. (gba, COURT STAFF) (Filed on 11/27/2007) (Entered: 11/29/2007) |
| 12/21/2007 |  | Filing fee: $ 5.00, receipt number 34611013841. (aaa, Court Staff) (Filed on 12/21/2007) (Entered: 12/21/2007) |
| 01/09/2008 | 3 | Letter dated 1/7/08: from Astarte Davis-Rice re Petitioner's payment of the filing fee. (aaa, Court Staff) (Filed on 1/9/2008) (Entered: 01/10/2008) |

| | | |
|---|---|---|
| 02/22/2008 | 4 | NOTICE of Change of Address by Astarte Davis-Rice (aaa, Court Staff) (Filed on 2/22/2008) (Entered: 02/25/2008) |
| 04/11/2008 | 5 | ORDER OF DISMISSAL. Signed by Judge Maxine M. Chesney on April 11, 2008. (mmcsec, COURT STAFF) (Filed on 4/11/2008) (Entered: 04/11/2008) |
| 04/11/2008 | 6 | JUDGMENT: The petition is hereby DISMISSED. (tl, COURT STAFF) (Filed on 4/11/2008) (Entered: 04/11/2008) |
| 04/17/2008 | 7 | NOTICE OF APPEAL as to 5 Order Dismissing Case, 6 Judgment. REQUEST FOR IN FORMA PAUPERIS ON APPEAL by Astarte Davis-Rice. (aaa, Court Staff) (Filed on 4/17/2008) (Entered: 04/18/2008) |
| 04/22/2008 | 8 | Transmission of Notice of Appeal, Cover Letter and Docket Sheet to US Court of Appeals re 7 Notice of Appeal (aaa, Court Staff) (Filed on 4/22/2008) (Additional attachment(s) added on 4/22/2008: # 1 TransmittalForm) (aaa, Court Staff). (Entered: 04/22/2008) |
| 04/22/2008 | 9 | Copy of 7 Notice of Appeal and Docket sheet mailed to all counsel without an e-mailing address. (aaa, Court Staff) (Filed on 4/22/2008) (Entered: 04/22/2008) |
| 04/22/2008 | 10 | Certificate of Record Mailed to USCA re appeal 7 Notice of Appeal : (aaa, Court Staff) (Filed on 4/22/2008) (Entered: 04/22/2008) |