FILED
08 APR 25 PM 1:47

UNITED STATES DISTRICT COURT
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

April 22, 2008

Clerk
U.S. Court of Appeals
For the Ninth Circuit
P.O. Box 193939
San Francisco, CA 94119-3939

08-15968

**CASE NUMBER:** <u>CV 07-05972 MMC</u>

**CASE TITLE:** <u>ASTARTE DAVIS-RICE-v-PAUL COPENHAVER</u>

USCA Case Number:

Dear Sir/Madam:

Enclosed is the Notice of Appeal in the above captioned case. Please acknowledge receipt on the enclosed copy of this letter and return it to this office.

Sincerely,

RICHARD W. WIEKING, Clerk

by: <u>Alfred Amistoso</u>
Case Systems Administrator

cc: Counsel of Record

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED
APR 23 2008
MOLLY C. DWYER, CLERK OF COURT
U.S. COURT OF APPEALS

| | |
|---|---|
| ASTARTE DAVIS-RICE,<br><br>　　　　Petitioner - Appellant<br><br>v.<br><br>PAUL COPENHAVER, Warden,<br><br>　　　　Respondent - Appellee | D.C. No. 3:07-cv-05972-MMC<br><br>**TIME SCHEDULE ORDER** |

The parties shall meet the following time schedule:

**Mon., June 2, 2008**　　Appellant/petitioner's opening brief and excerpts of record shall be served and filed pursuant to FRAP 32 and 9th Cir. R. 32-1;

**Failure of the appellant to comply with the Time Schedule Order will result in automatic dismissal of the appeal. 9th Cir. R. 42-1**

Appellants/Petitioners without representation of counsel in a prisoner appeal may have their case submitted on the briefs and record without oral argument, pursuant to FRAP 34(a). Within 10 days of the filing of the appellant's opening brief, parties may file a statement setting forth the reasons why, in the opinion of the parties, oral argument should be heard.

　　　　　　　　　　　　　　　　FOR THE COURT:

　　　　　　　　　　　　　　　　Molly C. Dwyer
　　　　　　　　　　　　　　　　Clerk of Court


　　　　　　　　　　　　　　　　Gerald Rosen
　　　　　　　　　　　　　　　　Deputy Clerk