FILED

UNITED STATES COURT OF APPEALS

AUG 12 2008

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ASTARTE DAVIS-RICE,<br><br>        Petitioner - Appellant,<br><br> v.<br><br>PAUL COPENHAVER, Warden,<br><br>        Respondent - Appellee. | No. 08-15968<br><br>D.C. No. 3:07-cv-05972-MMC<br>Northern District of California,<br>San Francisco<br><br>ORDER |

      On June 30, 2008, appellant was instructed within 21 days to complete and file a complete Form 4 financial affidavit to perfect his motion to proceed in forma pauperis. To date, appellant has not done so.

      The court *sua sponte* grants appellant a 21 day extension of time to submit a completed Form 4 financial affidavit in support of his motion to proceed in forma pauperis. If appellant fails to timely do so, his motion to proceed in forma pauperis will be deemed withdrawn and he will be required to submit the $450.00 filing fees for this appeal. Appellant's failure to pay the filing fees at that point may result in the automatic dismissal of the appeal by the Clerk for failure to prosecute. *See* 9th Cir. R. 42-1.

      The Clerk shall serve a Form 4 financial affidavit on appellant.

lc/MOATT

Briefing remains suspended pending further order of the court.

FOR THE COURT:

Molly Dwyer
Clerk of Court

By: Lisa Calero
Motions Attorney/Deputy Clerk
9th Cir. R. 27-7
General Orders/Appendix A